UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
                              :
MILLARD HILL,                 :
                              :
            Plaintiff,        :   07 Civ. 7704 (WHP)
                              :
        -against-             :   SCHEDULING ORDER
                              :
SUPERINTENDENT ROBERT ERCOLE, :
                              :
            Defendant.        :
                              :
------------------------------X

WILLIAM H. PAULEY III, District Judge:

       The conference currently scheduled for January 25, 2008 is adjourned until January 29, 2008 at 12:15 a.m. Counsel for Defendant is directed to arrange for Plaintiff to participate by telephone.

Dated: January 28, 2008
      New York, New York

                       SO ORDERED:

                       WILLIAM H. PAULEY III
                       U.S.D.J.

*Copies mailed to:*

Mr. Millard Hill
97-A-5108
Green Haven Correctional Facility
594 Route 216
Stormville, NY 12582
*Plaintiff Pro Se*

Donald Nowve, Esq.
Assistant Attorney General
State of New York
120 Broadway
New York, NY 10271-0332
*Counsel for Defendant*