USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/6/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
MILLARD HILL,

                Plaintiff,

        -against-

SUPERINTENDENT ROBERT ERCOLE,

                Defendant.
------------------------------------X

07 Civ. 7704 (WHP)

SCHEDULING ORDER

WILLIAM H. PAULEY III, District Judge:

       Plaintiff Pro Se and counsel for Defendant having appeared for a conference on January 29, 2008, the following schedule is established on consent:

(1) Defendant shall send Plaintiff a release form for his medical records, which Plaintiff shall sign and return upon receipt;

(2) Defendant shall produce Plaintiff's file and any documents relating to the incident that is the subject of the complaint in this action by February 15, 2008;

(3) Defendant shall serve and file his motion to dismiss by February 15, 2008;

(4) Plaintiff shall serve and file any opposition by March 7, 2008;

(5) Defendant shall serve and file and reply by March 17, 2008; and

(6) This Court will hold a conference on May 2, 2008 at 10:00 a.m..

Dated: February 4, 2008
      New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

*Copies mailed to:*

Mr. Millard Hill
97-A-5108
Green Haven Correctional Facility
594 Route 216
Stormville, NY 12582
*Plaintiff Pro Se*

Donald Nowve, Esq.
Assistant Attorney General
State of New York
120 Broadway
New York, NY 10271
*Counsel for Defendant*