**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
MILLARD HILL,

                Plaintiff,                      07 CIVIL 7704 (WHP)

      -against-                          **JUDGMENT**

SUPERINTENDENT ROBERT ERCOLE,
                Defendant.
-----------------------------------------------------------X

        Whereas the above-captioned action having come before this Court, and the matter having come before the Honorable William H. Pauley III, United States District Judge, and the Court, on March 26, 2008, having rendered its Memo Endorsed Order granting defendant's motion to dismiss, it is,

        **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memo Endorsed Order dated March 26, 2008, defendant's motion to dismiss is granted; accordingly, the case is closed.

Dated: New York, New York
       March 31, 2008

                                                  J. MICHAEL McMAHON
                                                     Clerk of Court

                                     BY:
                                                        **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____