Millard Hill 99A3108
GreenHaven Correctional Facility
594 Route 216 stormville, N,Y, 12582

March 28 2008

Dear Sir,

This letter is written respectfully to advise the court that I, Plaintiff MIllard Hill am aware of the motion to dismiss by the defendent. I am also aware of the date that the motion should have been answered.

Due to the fact that I have not been granted access to the facility Law library in a timely manner, I have been unable to answer the motion to dismiss, in times

Today is the first time that I have been granted access to the facility's law library after requesting permission to attend during the month of February.

The reason why I need access to the Law Library after requestinghelp from several sourses is because I am ill equipped to litigate this case due to my limited knowledge of the Law. In which case I would like to ask the Judge to appoint a lawyer to represent me for free. I would also like to ask the judge to allow me to amend this complaint.

I intend to argue that not only is (Green Haven Correctional Facility), Superintendent Ercole And its medical department liable for neglect, but also deliberate indifference in violation of the Eighth Amendment.

At this time I am also asking the defendents permission for an extention of time.

Respectfully Submitted,

*Millard Hill* (signature)

cc: Judge WHP (Chambers)
    Pro Se Office
    Office of the Attorney General
    file

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/10/2008

Application denied. Case was closed by order dated March 26, 2008.

SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.
4/7/2008